STATE on the relation of SARAH TIDLINE *v.* WILLIS HICKERSON.

Depositions are admissible in evidence on the trial of an issue in Bastardy, as they are in other *civil* cases.

(*Pate's case,* Busb. 244; *State* v. *McIntosh,* 64 N. C. Rep. 607, cited and approved.)

PROCEEDING IN BASTARDY, tried at Fall Term, 1874, of WILKES Superior Court, before his Honor, *Mitchell, J.*

On the trial of an issue as to the paternity of the child, the defendant offered in evidence the deposition of a witness who was too sick to attend the Court.  The reading of the deposition was objected to by the Solicitor, which objection was sustained by the Court.

There was a verdict against the defendant.  Judgment and appeal.

*Scott & Caldwell,* for defendant.
*Attorney General Hargrove,* for the State.

RODMAN, J. We are not informed by the record for what reason his Honor rejected the deposition offered in evidence by the defendant. It is said here it was because he considered the proceeding a criminal one, in which depositions are not admitted. That a proceeding in bastardy in a civil action is settled by the cases of *State* v. *Pate*, 1 Busb. 244, and *State* v. *McIntosh*, 64 N. C., 607. The deposition was admissible.

PER CURIAM. Judgment below reversed and *venire de novo.* Let this opinion be certified.